IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY P. SHELDON,

    Plaintiff,

vs.                                                1:08CV247-MMP/AK

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

    Defendant.
_____/

## O R D E R

This cause is before the court on Plaintiff's complaint for judicial review of the final decision of the Commissioner (doc. 1), and motion to proceed *in forma pauperis* with financial affidavit. (Doc. 2). Having considered said motion and affidavit, the Court finds that leave to proceed without payment of court costs should be **DENIED**.

Plaintiff lists one monthly expense of $455.00 with monthly income of $1174.00. Under these circumstances, Plaintiff does not qualify for in forma pauperis status, but may make the court filing costs in three monthly installments $100.00, $100.00 and $150.00, with the first installment due on or before January 16, 2009.

**DONE AND ORDERED** this  *17*th day of December, 2008.

                                  *s/ A. KORNBLUM*
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**