IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GREGORY P. SHELDON,**

    Plaintiff,

vs.                                  1:08CV247-MMP/AK

**MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,**

    Defendant.

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion to Extend Time to answer. (Doc. 11). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through April 6, 2009, to file a response to the complaint.

**DONE AND ORDERED** this  **5th**  day of December, 2008.

                                                            s/ A. KORNBLUM
                                                            **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**