IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY SHELDON,

    Plaintiff,

vs.                               CASE NO. 1:08CV247-MP/AK

MICHAEL J. ASTRUE,
**Commissioner of Social Security,**
    Defendant.

                                /

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion to File a Response to Plaintiff's Memorandum, (doc. 23), to which plaintiff is unopposed. Having considered said motion, the Court is of the opinion that it should be **GRANTED,** and Defendant shall have through August12, 2009, to file a response**.**

**DONE AND ORDERED** this _**13**th_ day of July, 2009.

                                                *s/ A. KORNBLUM*
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**