### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION


**GREGORY P. SHELDON,**

      **Plaintiff,**

**vs.**                                     **CASE NO. 1:08CV247-MP/AK**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

_____/


### O R D E R

      Presently before the Court is Defendant's Second Motion for Enlargement of Time to file the memorandum through September 14, 2009. (Doc. 25). Having considered said motion, the Court is of the opinion that it should be **GRANTED**.

      **DONE AND ORDERED** this 13th day of August, 2009.


                            s/ A Kornblum
                            **ALLAN KORNBLUM**
                            **UNITED STATES MAGISTRATE JUDGE**