IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY P SHELDON,

    Plaintiff,

v.                                                CASE NO. 1:08-cv-00247-MP-MD

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation of the Magistrate Judge, Doc. 32. After consideration, the Magistrate Judge has recommended that the decision of the Commissioner denying benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), and that the Clerk be directed to close the file. No party has objected, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 32, is ADOPTED and incorporated herein.

2. The decision of the Commissioner denying benefits is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this __10th__ day of May, 2010

                                              *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge