IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY P SHELDON,

    Plaintiff,

v.                                                   CASE NO. 1:08-cv-00247-MP-MD

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") by Gregory P Sheldon, Doc. 39. Mr. Sheldon includes with his application for $2,871.34 in attorney's fees under the EAJA all necessary affidavits and arithmetic to show why he is entitled to the requested relief. Defendant has responded, Doc. 40, and does not object, rather noting that the fee is payable to Plaintiff as the litigant, subject to offset to satisfy any pre-existing debt the Plaintiff owes to the United States. *See* Reeves v. Astrue, 526 F.3d 732 (11th Cir. 2008) (the EAJA "unambiguously directs the award of attorney's fees to the party who incurred those fees and not to the party's attorney"). Accordingly, it is

**ORDERED AND ADJUDGED:**

1.     Motion for Attorney Fees Pursuant to the EAJA, Doc. 39, is GRANTED.

2.     Defendant is directed to pay $2,871.34 in EAJA fees to Plaintiff by September 10, 2010, offset by any debt Plaintiff owes to the United States.

**DONE AND ORDERED** this   *10th* day of August, 2010

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge